SCOTT DRAKE (Texas Bar #24026812)
sdrake@omm.com
O'MELVENY & MYERS LLP
2801 North Harwood Street
Suite 1600
Dallas, TX 75201-2692
Telephone:	(972) 360-1915
Facsimile:	(972) 360-1901

MARC FEINSTEIN (California Bar #158901)
(*pro hac vice* pending)
mfeinstein@omm.com
SHERIN PARIKH (California Bar #301890)
(*pro hac vice* pending)
sparikh@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California  90071-2899
Telephone:	(213) 430-6000
Facsimile:	(213) 430-6407

*Attorneys for Petitioner Bitmain Technologies Georgia Limited*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BITMAN TECHNOLOGIES GEORGIA LIMITED,<br><br>Petitioner,<br><br>v.<br><br>BLOCKQUARRY CORP., F/K/A ISW HOLDINGS, INC.,<br><br>Respondent. | Case No.<br><br>**NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD**<br><br>[Petition, Memorandum of Law, Supporting Declaration of Sherin Parikh, [Proposed] Order, and [Proposed] Judgment filed concurrently herewith] |

## NOTICE OF PETITION TO CONFIRM ARBITRATION AWARD

PLEASE TAKE NOTICE that, upon the accompanying Petition to Confirm Arbitration Award, Declaration of Sherin Parikh in Support of Petition to Confirm Arbitration Award, and the exhibits thereto, Petitioner, Bitmain Technologies Georgia Limited, will and hereby does petition this Court at the United States Courthouse, 515 Rusk Street, Houston, Texas 77002, at a time and date to be determined by the Court, for an Order, pursuant to Section 9 of the Federal Arbitration Act (9 U.S.C. § 9), confirming an arbitration award issued on December 16, 2024 and entering that award as a judgment of this Court.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 7.4, Respondent's response to the petition, if any, shall be filed within twenty-one days from the date the petition is filed and, unless otherwise directed by the presiding judge, Petitioner may file a reply within seven days from the date the response is filed.

Dated: June 2, 2025
Dallas, TX

Respectfully submitted,

*/s/ Scott Drake*
Scott Drake, Attorney-in-charge (TX Bar #24026812)
O'MELVENY & MYERS LLP
2801 North Harwood Street
Suite 1600
Dallas, TX 75201-2692
Telephone:   (972) 360-1915
Facsimile:   (972) 360-1901
E-mail:   sdrake@omm.com

*Attorneys for Petitioner Bitmain Technologies Georgia Limited*