SCOTT DRAKE (Texas Bar #24026812)
sdrake@omm.com
O'MELVENY & MYERS LLP
2801 North Harwood Street
Suite 1600
Dallas, TX 75201-2692
Telephone:    (972) 360-1915
Facsimile:    (972) 360-1901

MARC FEINSTEIN (California Bar #158901)
(*pro hac vice* pending)
mfeinstein@omm.com
SHERIN PARIKH (California Bar #301890)
(*pro hac vice* pending)
sparikh@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California  90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

*Attorneys for Petitioner Bitmain Technologies
Georgia Limited*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| BITMAIN TECHNOLOGIES GEORGIA LIMITED,<br><br>Petitioner,<br><br>v.<br><br>BLOCKQUARRY CORP., F/K/A ISW HOLDINGS, INC.,<br><br>Respondent. | Case No.<br><br>**[PROPOSED] ORDER GRANTING BITMAIN'S PETITION TO CONFIRM ARBITRATION AWARD**<br><br>**[Notice of Petition, Petition, Memorandum of Law, Supporting Declaration of Sherin Parikh, and [Proposed] Judgment filed concurrently herewith]** |

**[PROPOSED] ORDER**

This matter came on for hearing upon the Petition of Bitmain Technologies Georgia Limited, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-13, for an Order to confirm the arbitration award issued on December 16, 2024 by the American Arbitration Association, Case Number: 01-24-0003-3254 (the "Final Award"), and to enter judgment in conformity therewith (the "Petition").

The Court, having reviewed and considered the Petition as well as all submitted papers and arguments pertaining thereto, finds, adjudges, and orders as follows:

1. The Petition is hereby granted.

2. The Final Award, a true and correct copy of which is attached to the Declaration of Sherin Parikh in Support of Bitmain's Petition to Confirm Arbitration Award ("Parikh Decl."), filed concurrently herewith, Exhibit B, is hereby confirmed.

3. Final judgment shall be entered in conformity with the Final Award.

4. The judgment shall include:

   i. An award of $10,458,303.10 against Respondent BlockQuarry Corp. f/k/a ISW Holdings, Inc.;

   ii. Prejudgment interest at seven percent simple interest per annum in accordance with Georgia law, including prejudgment interest of $831,005.22 through November 30, 2024;

   iii. Pre-judgment interest in the amount of $2,005.70 per day for the period December 1, 2024 through the date of the Judgment, calculated at seven percent simple interest per annum in accordance with Georgia law;

   iv. $4,795.00 in arbitration fees and expenses; and

3

      v.      Post-judgment interest at the rate of 4.13% in accordance with 28 U.S.C. §

1961(a).

Dated:

                                  By:   _____

                                         United States District Judge

3
[PROPOSED] ORDER