SCOTT DRAKE (Texas Bar #24026812)
sdrake@omm.com
O'MELVENY & MYERS LLP
2801 North Harwood Street
Suite 1600
Dallas, TX 75201-2692
Telephone:    (972) 360-1915
Facsimile:     (972) 360-1901

MARC FEINSTEIN (California Bar #158901)
(*pro hac vice* pending)
mfeinstein@omm.com
SHERIN PARIKH (California Bar #301890)
(*pro hac vice* pending)
sparikh@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California  90071-2899
Telephone:    (213) 430-6000
Facsimile:     (213) 430-6407

*Attorneys for Petitioner Bitmain Technologies Georgia Limited*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| BITMAN TECHNOLOGIES GEORGIA LIMITED,<br><br>                    Petitioner,<br><br>     v.<br><br>BLOCKQUARRY CORP., F/K/A ISW HOLDINGS, INC.,<br><br>                    Respondent. | Case No.<br><br>**[PROPOSED] JUDGMENT**<br><br>**[Notice of Petition, Petition, Memorandum of Law, Supporting Declaration of Sherin Parikh, and [Proposed] Order filed concurrently herewith]** |

## **[PROPOSED] JUDGMENT**

The Court, having granted Petitioner Bitmain Technologies Georgia Limited's ("Bitmain") Petition to Confirm Arbitration Award, and having confirmed the arbitration award issued on December 16, 2024 by the American Arbitration Association, Case Number: 01-24-0003-3254,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Respondent BlockQuarry Corp. f/k/a ISW Holdings, Inc. shall pay Bitmain:

   i. $10,458,303.10 for damages;

   ii. $831,005.22 in interest incurred through November 30, 2024 on $10,458,303.10, calculated at seven percent simple interest per annum in accordance with Georgia law;

   iii. $4,795.00 in arbitration fees and expenses;

   iv. Pre-judgment interest in the amount of $2,005.70 per day for the period December 1, 2024 through the date of the Judgment, calculated at seven percent simple interest per annum in accordance with Georgia law; and

   v. Post-judgment interest at the rate of 4.13% in accordance with 28 U.S.C. § 1961(a).

Dated:

By: _____
United States District Judge