UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BITMAN TECHNOLOGIES GEORGIA LIMITED,<br><br>Petitioner,<br><br>v.<br><br>BLOCKQUARRY CORP., F/K/A ISW HOLDINGS, INC.,<br><br>Respondent. | Case No. 4:25-cv-02540 |

**PETITIONER BITMAIN'S NOTICE OF RESPONDENT BLOCKQUARRY'S NON-OPPOSITION TO PETITION TO CONFIRM ARBITRATION AWARD**

On June 2, 2025, Petitioner, Bitmain Technologies Georgia Limited ("Bitmain"), filed a Petition to Confirm Arbitration Award (ECF 1), a Proposed Order (ECF 1-2), and a Proposed Judgment (ECF 1-3). Respondent BlockQuarry Corp., f/k/a ISW Holdings, Inc. ("BlockQuarry") was required to serve an answer or response by June 24, 2025. FED. R. CIV. P. 12(a)(1)(A). BlockQuarry did not timely oppose Bitmain's petition. Therefore, Bitmain respectfully requests that this Court issue an order granting Bitmain's Petition and enter judgment in conformity with its December 16, 2024 arbitration award.

/
/
/
/
/
/
/

1

Dated:  July 9, 2025
Los Angeles, CA

Respectfully submitted,

/s/ Marc Feinstein
Marc Feinstein (admitted *pro hac vice*) (California Bar #158901)
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA  90071
Telephone: (213) 430-7274
Facsimile: (213) 430-6407
E-mail: mfeinstein@omm.com

*Attorney-in-charge*

*Attorneys for Petitioner Bitmain Technologies Georgia Limited*